AO 93C (Rev. 8/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>The premises known as<br>2944 E. Frontera Street, Apartment 225,<br>Anaheim, CA 92806, and detached garage | Case No. 8:22-MJ-00339 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to <u>18 U.S.C. § 3103a(b)</u>, I find that immediate notification may have an adverse result listed in <u>18 U.S.C. § 2705</u> (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     May 10, 2022, at 1:55 pm          **DOUGLAS F. McCORMICK**
                                                                                                              *Judge's signature*

City and state:     Santa Ana, CA                                          DOUGLAS F. McCORMICK, U.S. MAGISTRATE JUDGE
                                                                                                    *Printed name and title*

AUSA: <u>Ann Luotto Wolf (213-393-8097)</u>

AO 93C (Rev. 8/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:22-MJ-00339 | Date and time warrant executed: 05/17/2022 at 6:00AM | Copy of warrant and inventory left with: Jackie Cervantes |
| Inventory made in the presence of: TFO Nick Silver | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- Ricardo Miranda arrested with Federal Arrest Warrant 8:22-CR-00065-RGK
- Smith and Wesson M&P Shield 9mm Pistol, S/N: HYV4772
- 9mm Ammunition
- .223 Ammunition
- 9mm + .223 Magazines
- Apple iPhone Pink
- Apple iPhone Blue
- Black Gucci bag
- Clear Plastic bags
- Black digital scale
- Plastic food storage containers w/suspected methamphetamine residue.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/23/2022

*Executing officer's signature*

Special Agent Andrew Brannan
*Printed name and title*